# EXHIBIT B

EXHIBIT B



